IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE MEIGS,<br><br>    Plaintiff,<br><br>v.<br><br>CARE PROVIDERS INSURANCE SERVICES, LLC,<br><br>    Defendant. | CIVIL ACTION<br>NO. 21-867 |

## ORDER

**AND NOW**, this 13th day of January 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 67), Plaintiff's Response in Opposition to the Motion (Doc. No. 69), Defendant's Reply (Doc. No. 71), Defendant's Motion to Strike Hearsay Messages (Doc. No. 72), Defendant's Motion to Strike Plaintiff's Sham Affidavit (Doc. No. 73), Plaintiff's Response in Opposition to the Motions (Doc. No. 76), and Defendant's Reply (Doc. No. 77), and for the reasons stated in the Opinion of the Court filed this day, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 67) is **DENIED**.

2. Defendant's Motion to Strike Hearsay Messages (Doc. No. 72) is **DENIED**.

3. Defendant's Motion to Strike Plaintiff's Sham Affidavit (Doc. No. 73) is **DENIED**.

              BY THE COURT:


              /s/ Joel H. Slomsky   
              JOEL H. SLOMSKY, J.