IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE MEIGS,<br><br>             Plaintiff,<br><br>v.<br><br>CARE PROVIDERS INSURANCE SERVICES, LLC,<br><br>             Defendant. | CIVIL ACTION<br>NO. 21-867 |

## **ORDER**

**AND NOW**, this 2nd day of January 2024, upon consideration of Plaintiff's Petition for Attorneys' Fees and Costs (Doc. No. 124), Defendant's Response in Opposition (Doc. No. 125), and Plaintiff's Reply (Doc. No. 128), it is **ORDERED** as follows:

1. The Motion for Attorneys' Fees and Costs (Doc. No. 124) is **GRANTED**.

2. Plaintiff is awarded $427,816 in attorneys' fees and $10,429.35 in costs for a total amount of $438,245.35.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.